01-2004-A
A_ADVERSARY
PLAINTIFF: Patrick And Keri Weil
DEBTOR: Patrick And Keri Weil
DEFENDANT: America'S Servicing Co..
JUDGE: Hon. M. McManus

FILED 01/03/01 - 10:25 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    sfas

DIANA J. CAVANAUGH (S.B. #148582)
Attorney at Law
1555 River Park Dr., Ste. 206
Sacramento, CA 95815
(916) 921-9900

Attorney for Debtors
PATRICK RAY WEIL SR. and
KERI LYNN WEIL

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 00-23881-A-13

PATRICK RAY WEIL SR.,                     Adv. Proc. No.
KERI LYNN WEIL,
                                          **COMPLAINT TO DETERMINE**
                                          **VALUE AND EXTENT OF LIEN**
      Debtors.
_____/

PATRICK RAY WEIL SR.,
KERI LYNN WEIL,

      Plaintiffs,

vs.

AMERICA'S SERVICING CO.,

      Defendant.
_____/

Now come Plaintiffs, PATRICK RAY WEIL SR. and KERI LYNN WEIL, and allege as follows:

1. Plaintiffs filed an original petition for relief under Chapter 13 of the Bankruptcy Code on April 3, 2000.

2. This adversary proceeding is brought in connection with Plaintiff's case under Chapter 13 of Title 11, case number

-1-

00-23881-A-13, now pending before this Court.

3. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Sections 157(b)(2)(K) and (L).

4. In Debtors' bankruptcy schedules, they list a residence of debtors, commonly known as 7753 Southland Ct., Sacramento, California. This residence was valued at $98,000.00 in the Order Confirming Plan filed 6/15/00, which is attached as "Exhibit A".

5. There exists a first deed of trust recorded and secured by a promissory note in favor of Wells Fargo Home Mortgage, formerly Norwest Mortgage. The amount owing to Wells Fargo Home Mortgage is $110,221.02. The proof of claim filed by debtors on behalf of Wells Fargo Home Mortgage is attached as "Exhibit B".

6. With a fair market value of $98,000.00, there is no equity value in excess of the first deed of trust.

7. Defendant, America's Servicing Co., holds a second deed of trust recorded against Debtors' residence purporting to secure a promissory note with a total balance of $25,732.46 as per the claim filed by that creditor. This claim was allowed as an unsecured claim in the Order Confirming Plan.

8. As there is no equity value in the Debtors' residence and above the first deed of trust, the deed of trust held by America's Servicing Co. is wholly unsecured and not secured by

the Debtors' residence and has no value.

WHEREFORE, Debtors pray for relief as follows:

a.  That the Court issue an Order finding that the deed of trust recorded by America's Servicing Co. has no further force and effect as a secured lien against the Debtors' residential real property, so long as the Debtors receive a discharge in their Chapter 13 case and their case is not dismissed; and

b.  That Debtors have such other and further relief as may be deemed just.

Dated: January 2, 2001

By: *Diana J. Cavanaugh*
DIANA J. CAVANAUGH
Attorney at law

-3-

ATTORNEY COPY

ORIGINAL FILED
JUN 15 2000
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:                                    ) Case No.: 00-23881-A-13
                                          )
Weil Sr., Patrick Ray,                    )
Weil, Keri Lynn,                          )
                                          )
        Debtors.                          )
_____ )

**ORDER CONFIRMING PLAN, VALUING COLLATERAL ~~AND AVOIDING LIENS~~**  CT

The Chapter 13 Plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:
1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney fees for the debtor's attorney in the full amount of $ 1750.00 are approved, $ 390.00 of which was paid prior to the filing of the petition. The balance of $ 1360.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. §1323, the plan is amended as follows: N/A

IT IS FURTHER ORDERED that the motion to value the collateral of America's Servicing Co. is granted. The replacement value of the collateral of such creditor is

ENTERED ON DOCKET
JUN 16 2000
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1

EXHIBIT "A"

| | |
|---|---|
| 1 | determined to be $98,000.00 which shall be allowed as a general unsecured claim. |
| 2 | |
| 3 | DATED: JUN 1 4 2000      BY THE COURT |
| 4 | |
| 5 | **ORIGINAL SIGNED**     **DAVID E. RUSSELL** <br> UNITED STATES BANKRUPTCY JUDGE |

Approved by the Chapter 13
Trustee as to form.

2

FORM B10 (Official Form 10) (Rev. 4/98)                                                                                           USBC, EDCA

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>WEIL SR., PATRICK RAY AND KERI LYNN | Case Number<br>00-23881-A-13 | ORIGINAL FILED |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

00 AUG -2 PM 4:02

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

Name of Creditor (The person or other entity to whom the debtor owes money or property): (assignor of Norwest Mortage)
WELLS FARGO HOME MORTGAGE

- Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
P.O. BOX 7190
PASADENA CA 91109

- Check box if you have never received any notices from the bankruptcy court in this case.
- Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 800-288-3212

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
1235425

Check here if this claim  • replaces
                         • amends   a previously filed claim, dated: _____

1. **Basis for Claim**
   - Goods sold
   - Services performed
   - ☒ Money loaned
   - Personal injury/wrongful death
   - Taxes
   - Other_

   - Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - Wages, salaries, and compensation (Fill out below)

   Your SS#: _____  -  _  -  _

   Unpaid compensation for services performed
   from _____ to _____
        (date)      (date)

2. Date debt was incurred: 7/30/93

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $ 110,221.02
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   - Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   X Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral: 7753 Southland Ct. Sacramento, CA
   ☒ Real Estate    • Motor Vehicle
   • Other_

   Value of Collateral: $ 98,000.00

   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $ 1,065.46

6. **Unsecured Priority Claim.**
   - Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   - Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
   - Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   - Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   - Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   - Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   - Other - Specify applicable paragraph of 11 U.S.C. §507(a)(___).
   *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 8/2/00 | *Diana J. Cavanagh*  Attorney for Debtors |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Debtors file this claim for Creditor pursuant to General Order 6(f)
as this creditor has failed to file a claim prior to the bar dat **EXHIBIT "B"**



Wells Fargo Home Mortgage, Inc.
Correspondence Resolution X2501-01T
1 Home Campus
Des Moines IA 50328

Monthly Mortgage Statement

Customer Service
(800) 288-3212

Fax number
(515) 237-7070

TTY Deaf/Hard of Hearing
(800) 934-9998

Statement date
06/07/00

Loan number
1235425

Regular mail payments
P.O. Box 7190
Pasadena, CA 91109

Overnight mail payments
666 Walnut
MAC N8200-044
Des Moines, IA 50309

#BWNDXCT
#4730001235425060#                024684

PATRICK RAY WEIL
KERI LYNN WEIL
7753 SOUTHLAND WAY
SACRAMENTO  CA  95828-8420

### Home loan facts
Property address
7753 SOUTHLAND WAY
SACRAMENTO CA 95828

Principal balance as of 06/07/00
$108,733.95

This is your principal balance only. For your pay off balance, please call Customer Service.

Interest rate
7.625%

Interest paid - year to date
$3,376.87

Escrow balance - year to date
$480.54

Taxes paid - year to date
$636.18

### Important Messages
This statement is for informational purposes only. Our records indicate that your mortgage loan is protected by a bankruptcy plan. The attached coupon reflects the calendar due date, not the contractual due date of the bankruptcy plan. If you have any questions regarding your mortgage loan, please contact your bankruptcy attorney or our office at 1-800-274-7025.

## Payment due 07/01/00

| | |
|---|---|
| Current payment | $1,030.02 |
| Overdue payment(s) | $1,030.02 |
| Unpaid late charges | $ .00 |
| Other charges | $ .00 |
| Total payment | $2,060.04 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Misc |
|---|---|---|---|---|---|---|---|
| 06/07 | PYMNT THANK YOU | $1,030.02 | $141.43 | $691.81 | $196.78 | | |
| 06/02 | PMI/FHA INS | $43.42- | | | $43.42- | | HUD RISK-BASED |



PATRICK RAY WEIL
KERI LYNN WEIL
7753 SOUTHLAND WAY
SACRAMENTO  CA  95828-8420

**Please Include This Portion With Your Payment.**

472     Loan Number: 1235425

Customer Service:  (800) 288-3212

WELLS FARGO HOME MORTGAGE, INC.
PO BOX 7190
PASADENA  CA  91109-7190

### PAYMENT COUPON

| | |
|---|---|
| Next Payment Due Date | 08/01/00 |
| Current payment | $1,030.02 |
| Overdue payment(s) | $1,030.02 |
| Unpaid late charges | $ .00 |
| Other charges | $ .00 |
| Total payment | $2,060.04 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other _____ | $ |
| Total Enclosed | $ |

After 07/16/00 Add Late Fee of $41.20
Total Due After 07/16/00: $2,101.24

1235425010300201071228